UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 99-60499
Summary Calendar

_____


DAVID RICHARDSON; ET AL.,

                                            Plaintiffs,

DAVID RICHARDSON, doing
business as D and B Partnership

                                      Plaintiff-Appellant,

                        versus

BRUCE BABBIT, Secretary, United States
Department of the Interior, National
Park Service,

                                      Defendant-Appellee.


_____

Appeal from the United States District Court
for the Northern District of Mississippi
USDC No. 1:98-CV-25-D-D
_____

April 4, 2000

Before JONES, SMITH and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

        David and Barbara Richardson, doing business as D & B
Partnership, appeal the dismissal of their complaint which
challenged the National Park Service's denial of their request for
certification of historic significance of the Hahan-Richardson

_____

        [*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Building in Columbus, Mississippi. The decision of the National Park Service was not arbitrary, capricious, an abuse of decision, or otherwise not in accordance with the law. 5 U.S.C. § 706(2)(A); Texas Oil and Gas Ass'n v. EPA, 161 F.3d 923, 933 (5th Cir. 1998).

In particular, the appeal decision noted and photos in the record confirm that the building was a gutted shell lacking a roof and all the interior when the Richardsons purchased it. The front facade had lost its original windows. Whether such a structure should be certified raises a question of professional judgment informed by the NPS's expertise, an expertise this court lacks. There is a reasonable basis for the Secretary's decision, and we will not disturb it.

Accordingly, the judgment of the district court is AFFIRMED.